Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:12-mj-065-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; AND |
| ) | ORDER THEREON |
| v. ) | |
| ) | |
| IRVING DAVID HELLMAN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests the Criminal Complaint dated July 31, 2012, against Irving David Hellman, be dismissed without prejudice.

Dated: June 5, 2013 .                                    NATIONAL PARK SERVICE


 /S/ Matthew McNease
Matthew McNease
Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   June 8, 2013              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1